UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**TRAFIGURA TRADING LLC**,
    Plaintiff,

v.                                                                    2:25-mc-4-SPC-NPM

**VIRGIN ISLANDS WATER AND POWER AUTHORITY**,
    Defendant.

## ORDER

Judgment creditor Trafigura Trading LLC seeks a writ of garnishment against United Fidelity Bank (d/b/a Bank of St. Croix). This stems from a 2017 judgment in the United States District Court for the Virgin Islands against judgment debtor Virgin Islands Water and Power Authority ("VIWPA") for $24,469,775.17. Trafigura believes United Fidelity Bank is or may be indebted to VIWPA, or has in its possession or control personal property of VIWPA, sufficient to satisfy the judgment. Trafigura registered the judgment here (Doc. 1) and desires a writ of garnishment for its stated amount.

> The procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

Fed. R. Civ. P. 69(a)(1). Because this district is in Florida, Florida law applies in executing on the judgment and in garnishment proceedings.

Florida grants a right of garnishment to "[e]very person or entity who … has recovered judgment in any court against any person or entity." Fla. Stat. § 77.01.

A writ of garnishment must state the amount of the judgment and require the garnishee to serve an answer on the judgment creditor within 20 days after service of the writ stating: (1) whether the garnishee is indebted to the judgment debtor at the time of the answer, or was indebted at the time of service of the writ (plus up to 1 business day for the garnishee to act expeditiously on the writ), or at any time between such times; (2) in what sum and what tangible or intangible personal property of the judgment debtor the garnishee has in its possession or control at the time of its answer, or had at the time of the service of the writ, or at any time between such times; and (3) whether the garnishee knows of any other person indebted to the judgment debtor, or who may have any of the property of the judgment debtor in its possession or control. *See* Fla. Stat. §§ 77.03, 77.04.

Because this judgment is being enforced by a federal court, the proposed writ found at Doc. 2-1, pp. 3–4 must be revised to remove:

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

and replace it with:

TO: The Marshal of the United States District Court for the Middle District of Florida

By **October 21, 2025**, Trafigura must file a supplement and attach the revised writ.

**ORDERED** on October 7, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge